IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Hobart Eugene Comberger, Jr., | : |
| Plaintiff(s), | : |
| | : Case Number: 1:13cv24 |
| vs. | : |
| | : Chief Judge Susan J. Dlott |
| Commissioner of Social Security, | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on February 3, 2014 (Doc. 16), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 21, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner is **AFFIRMED**.  This case is hereby **TERMINATED**.

IT IS SO ORDERED.

                                                                                                                                                                               ___s/Susan J. Dlott_____
                                                                                                                                                                               Chief Judge Susan J. Dlott
                                                                                                                                                                               United States District Court